

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00653-CV

Denise **MUNOZ**,
Appellant

v.

Joel **SALINAS**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-325
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Denise Munoz seeks to appeal "the trial court's non-ruling on her Motion to Dismiss Plaintiff's Motion for New Trial." Based upon Munoz's representation, it appears there is no final judgment in this case from which she appeals.

It is therefore ORDERED that Munoz show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

The briefing schedule is suspended pending determination whether this Court has jurisdiction over this appeal.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court